UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 27  9 53 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEVI CHIARAVOLLOTI

v.                                Case No: 3:02CV2189 (PCD)

BONNIE L. THERRIEN

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Ernest N. Abate**, Esquire of Abate and Fox, 607 Bedford Street, Stamford, Connecticut 06901, Tel: (203) 348-7773 is appointed as *pro bono* counsel for the plaintiff, Levi Chiaravolloti, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

Dated at Bridgeport, Connecticut this 26th day of April, 2004.

Peter C. Dorsey
United States District Judge