UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

May 4  4 23 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEVI CHIARAVOLLOTI

v.                                                     Case No: 3:02CV2189 (PCD)

BONNIE L. THERRIEN

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Joseph A. Aceto**, Esquire of Parret, Porto, Parese & Colwell, One Hamden Center, 2319 Whitney Avenue, Suite 1D, Hamden, Connecticut 06518, Tel: (203) 281-2700 is appointed as *pro bono* counsel for the plaintiff, Levi Chiaravolloti, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

So ORDERED.

Dated at New Haven, Connecticut this ___ day of May, 2004.

_____
Peter C. Dorsey
United States District Judge