UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

May 4  4 23 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEVI CHIARAVOLLOTI

v.                                Case No: 3:02CV2189 (PCD)

BONNIE L. THERRIEN

## ORDER

The Order [**doc. # 6**] appointing, **Ernest N. Abate**, Esquire of Abate and Abate, 607 Bedford Street, Stamford, Connecticut 06901, Tel: (203) 348-7770, as *pro bono* counsel for the plaintiff, Levi Chiaravolloti, in the above-captioned case is **VACATED**.

So ORDERED.

Dated at New Haven, Connecticut this ___ day of May, 2004.

Peter C. Dorsey
United States District Judge