UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED JUN 25 2 53 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

LEVI CHIARAVOLLOTI

v.     CASE NO.: 3:02CV2189(PCD)

June 24, 2004

BONNIE L. THERRIEN

### APPLICATION FOR RELIEF FROM *PRO BONO* APPOINTMENT

Pursuant to Local Rule of Civil Procedure 83.10(d), I must respectfully request relief from my appointment as *pro bono* counsel for the plaintiff, Levi Chiaravolloti. I am applying for this relief because I am not actively engaged in the practice of law at this time. As a result of familial circumstances and demands, I am currently occupied with the full time care of my three minor children. Although I do maintain an affiliation with the firm of Parrett, Porto, Parese & Colweell, I do not maintain an office there, I do not have staff available to me, and I am not personally responsible for any active files. These circumstances will continue for the foreseeable future. For these reasons, and in accordance with Local Rule

**ORAL ARGUMENT NOT REQUESTED**

83.10(d)(vi), I respectfully request relief from my appointment for "good cause shown."

I have sent a copy of this Appliication to the plaintiff by certified mail, return receipt requested, in accordance with Local Rule 83.10(d).

RESPECTFULLY SUBMITTED

*[signature]*

Joseph A. Aceto (cto3541)
2319 Whitney Avenue, suite 1D
Hamden, Connecticut 06518
(203) 281-2700
Fax (203) 281-0700

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been mailed to the plaintiff, Levi Chiaravolloti, by certified mail, return receipt requested on this 24th day of June, 2004 at the following address: 144 S.Brook Road, Hampton, Connecticut 06247.

_____
Joseph A. Aceto