UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

LEVI CHIARAVOLLOTI

v.                                        CASE NO.: 3:02CV2189(PCD)

                                          June 24, 2004

BONNIE L. THERRIEN

### Notice of Manual Filing

Please take notice that counsel appointed for the plaintiff has filed the following document manually:

Application for Relief from Pro Bono Appointment. This document has not been filed electronically because the undersigned does not have the means to convert and file the document electronically.


The document has been served manually to the appropriate parties.


RESPECTFULLY SUBMITTED

Joseph A. Aceto (cto3541)
2319 Whitney Avenue, suite 1D
Hamden, Connecticut 06518
(203) 281-2700
Fax (203) 281-0700

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed to the plaintiff, Levi Chiaravolloti, by certified mail, return receipt requested on this 24th day of June, 2004 at the following address:  144 S.Brook Road, Hampton, Connecticut 06247.

_____

Joseph A. Aceto