UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEVI CHIARAVOLLOTI

    v.                                  Case No: 3:02CV2189 (PCD)

BONNIE L. THERRIEN

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Stephanie Suzanne Baier**, Esquire of Susman, Duffy & Segaloff, 55 Whitney Avenue, New Haven, Connecticut 06507, Tel: (203) 624-9830 is appointed as *pro bono* counsel for the plaintiff, Levi Chiaravolloti, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

Dated at Bridgeport, Connecticut this 18th day of October, 2004.

                                                        /s/
                                        Peter C. Dorsey
                                        United States District Judge