UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LEVI CHIARAVOLLOTI | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 302-CV-2189 (PCD) |
| | \* | |
| VS. | \* | |
| | | |
| BONNIE L. THERRIEN | \* | MAY 9, 2005 |
| | \* | |
| | \* | |
| | \* | |
| | \* | |
| | \* | |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SEAL APPLICATION FOR RELIEF FROM AN
ORDER OF APPOINTMENT/MOTION TO WITHDRAW AS COUNSEL**

The movant, Stephanie S. Baier, Esq., hereby moves, pursuant to L.Civ.R. 5(d)(1) and 83.10(d)(3), to seal the Application for Relief From An Order Of Appointment/Motion to Withdraw As Counsel (the "Application"), and in support thereof represents as follows:

The Application contains both the factual and legal basis for the relief requested and includes exhibits containing attorney-client privileged information which the Applicant seeks to protect on behalf of her client, and the Application "shall be a privileged Court document kept under seal and shall not be available in discovery or otherwise used in litigation," pursuant to L.Civ.R. 83.10(d)(3).

For all of the foregoing reasons, the undersigned Applicant moves that the Application be sealed, pursuant to L.Civ.R. 5(d)(1) and 83.10(d)(3).

APPLICANT/MOVANT

_____
Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P. O. Box 1684
New Haven, CT 06507-1684
Phone: (203) 624-9830
Fax: (203) 562-8430
Federal Bar no: ct25370

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

**************************************
| | |
|---|---|
| LEVI CHIARAVOLLOTI * | CIVIL ACTION NO. 302-CV-2189 (PCD) |
| * | |
| PLAINTIFF * | |
| * | |
| VS. * | |
| * | |
| BONNIE L. THERRIEN * | |
| * | |
| DEFENDANT * | |
| * | |
| * | MAY 9, 2005 |

**************************************

### ORDER ON MOTION TO SEAL APPLICATION FOR RELIEF FROM ORDER OF APPOINTMENT/MOTION TO WITHDRAW

The foregoing Motion to Seal having been duly presented and heard, it is hereby

ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
                        Judge

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LEVI CHIARAVOLLOTI * | CIVIL ACTION NO. 302-CV-2189 (PCD) |
| PLAINTIFF * | |
| VS. * | |
| BONNIE L. THERRIEN * | |
| DEFENDANT * | |
| * | MAY 9, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Seal Application for Relief From Order of Appointment/Motion to Withdraw was sent this date, by certified mail, return receipt requested, to:

Levi Chiaravolloti
144 South Brook Road
Hampton, CT 06247

Stephanie S. Baier

V:\Client C\Chiaravolloti\Therrien\motion to seal mtwithdraw Appearance SSB.wpd

4