UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Levi CHIARAVOLLOTI, : <br>     Plaintiff, : <br> : <br> vs. : <br> : <br> Bonnie L. THERRIEN, : <br>     Defendant. : | Civil No. 3:02cv2189 (PCD) |

**ORDER TO SHOW CAUSE**

Counsel for Plaintiff, Stephanie S. Baier, has moved under seal to withdraw from Plaintiff's representation. Pursuant to this application, it is hereby ordered that Plaintiff:

Or, on or before June 20, 2005, show cause why Attorney Baier's Motion should not be granted; or

File a pro se appearance or appearance of a replacement attorney on or before June 20, 2005.

Should Plaintiff take no action, as of June 20, 2005, Attorney Baier's Motion will be granted and she will be permitted to withdraw. If Plaintiff has filed no appearance, the case will be dismissed.

Attorney Baier shall serve a copy of this Order on Plaintiff, filing a return of service with the Court on or before June 8, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, June  1 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court