UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

*******************************
| | |
|---|---|
| LEVI CHIARAVOLLOTI * | CIVIL ACTION NO. |
| PLAINTIFF * | 302-CV-2189 (PCD) |
| * | |
| VS. * | |
| * | |
| BONNIE L. THERRIEN * | JUNE 7, 2005 |
| * | |
| * | |
| * | |
| * | |
| * | |
| DEFENDANT * | |

*******************************

## NOTICE OF RETURN OF SERVICE

Pursuant to Court order entered June 1, 2005, attached please find the State Marshal's Return of Service with respect to the Order to Show Cause entered June 1, 2005, which is being returned to court by the undersigned in accordance with the Court's June 1, 2005 Order.

The Return of Service indicates that service of the Order to Show Cause was served in hand on Levi Chiavolloti on June 3, 2005, in the presence of his mother, Florence Chiaravolloti.

*[signature]*
Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P. O. Box 1684
New Haven, CT 06507-1684
Phone: (203) 624-9830
Fax: (203) 562-8430
Federal Bar no: ct25370

V:\Client C\Chiaravolloti\Therrien\proof of service.wpd

RICHARD W. SMITH
STATE MARSHAL
P.O. Box 107
Willimantic, CT 06226

# Invoice

| Phone # | 860-456-3023 |
|---|---|
| Fax # | 860-450-0455 |
| Federal ID # 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 | |

| Date | Invoice # |
|---|---|
| 6/3/2005 | 3318 |

**Bill To**

STEPHANIE S. BAIER, ESQ.
SUSMAN, DUFFY & SEGALOFF, P.C.
P.O. BOX 1684
NEW HAVEN, CT 06510-1684
203-624-9830

LEVI CHIARAVOLLOTI
VS
BONNIE L. THERRIEN

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| | Levi Chiaravolloti, 144 South Brook Road, Hampton, CT 06247, In Hand, in the presence of his mother, Florence Chiaravolloti, 6-3-2005 ORDER TO SHOW CAUSE | | | |
| First Service | | 1 | 30.00 | 30.00 |
| Pages/Copies | | 1 | 1.00 | 1.00 |
| Endorsements | | 2 | 0.40 | 0.80 |
| Travel (Miles) | | 30 | 0.405 | 12.15 |

**Total** $43.95

**Balance Due** $43.95

| | | | |
|---|---|---|---|
| STATE OF CONNECTICUT ) | | | |
| | ss: | HAMPTON | June 3, 2005 |
| COUNTY OF WINDHAM ) | | | |

LEVI CHIARAVOLLOTI

VS

BONNIE L. THERRIEN

Then and there by virtue of the original writ and by direction, I left a true and attested copy of the original ORDER TO SHOW CAUSE, with and in the hands of the within named defendant, LEVI CHIARAVOLLOTI, in the presence of his mother, Florence Chiaravolloti, at said 144 South Brook Road, Hampton, CT 06247, on June 3, 2005.

The within and foregoing is the original ORDER TO SHOW CAUSE with my doings endorsed hereon.

_____
RICHARD W. SMITH
State Marshal – Windham County
Invoice #3318

| | |
|---|---|
| Services | 30.00 |
| Pages | 1.00 |
| Endorsements | .80 |
| Travel (miles) | 12.15 |
| TOTAL FEES | 43.95 |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Levi CHIARAVOLLOTI,<br>Plaintiff, | :<br>:<br>: | Civil No. 3:02cv2189 (PCD) |
| vs. | :<br>: | |
| Bonnie L. THERRIEN,<br>Defendant. | :<br>: | |

### ORDER TO SHOW CAUSE

Counsel for Plaintiff, Stephanie S. Baier, has moved under seal to withdraw from Plaintiff's representation. Pursuant to this application, it is hereby ordered that Plaintiff:

Or, on or before June 20, 2005, show cause why Attorney Baier's Motion should not be granted; or

File a pro se appearance or appearance of a replacement attorney on or before June 20, 2005.

Should Plaintiff take no action, as of June 20, 2005, Attorney Baier's Motion will be granted and she will be permitted to withdraw. If Plaintiff has filed no appearance, the case will be dismissed.

Attorney Baier shall serve a copy of this Order on Plaintiff, filing a return of service with the Court on or before June 8, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, June __1__, 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court