UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEVI CHIARAVOLLOTI,  :<br>   Plaintiff,  :<br>     :<br>vs.  :<br>     :<br>BONNIE L. THERRIEN,  :<br>   Defendant.  : | Case No: 3:02cv2189 (PCD) |

**ORDER OF DISMISSAL**

On June 1, 2005, this Court entered an Order directing Plaintiff, on or before June 20, 2005, to show cause why Attorney Baier's Motion to Withdraw from Representation should not be granted or to file a pro se appearance or appearance of a replacement attorney. The Order stipulated that if Plaintiff takes no action as of June 20, 2005, Plaintiff's case will be dismissed. As Plaintiff has taken no action, this case is hereby dismissed. The Clerk shall close the file.

  SO ORDERED.

          Dated at New Haven, Connecticut, November ___, 2005.


         /s/_____
         Peter C. Dorsey, U.S. District Judge
         United States District Court